UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JERIMIE DIXON,

          Plaintiff,

  v.

FIFE TT MG LLC,

          Defendants.

Case No. C22-5794 BHS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 1. Plaintiff does not appear to have the funds available to afford the $402.00 Court filing fee. Accordingly, plaintiff's application to proceed IFP is GRANTED. Dkt. 1.

The Clerk is directed to send copies of this order to the parties and to the Honorable Judge Benjamin H. Settle

Dated this 1st day of November, 2022.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS - 1