UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JERIMIE DIXON,

    Plaintiff,

  v.

FIFE TT MG LLC and FIFE TT RTK LLC,

    Defendants.

Case No. 3:22-cv-05794-BHS

**ORDER RE: FIRST STIPULATION EXTENDING DEADLINE TO FILE RESPONSIVE PLEADINGS**

ORDER RE: FIRST STIPULATION EXTENDING DEADLINE TO FILE
RESPONSIVE PLEADINGS
(CASE NO. 3:22-CV-05794-BHS) - 1
140512839.1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

## **ORDER**

Based on the foregoing parties' stipulation (Dkt. # 6), IT IS HEREBY ORDERED that the time for Defendants FIFE TT MG LLC and FIFE TT RTK LLC to answer the Complaint of Plaintiff JERIMIE DIXON is extended to December 20, 2022.

DATED this 6th day of December 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ James W. Minorchio*
_____
James W. Minorchio, WSBA #13023
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone: (206) 624-3600
Fax: (206) 389-1708
jminorchio@foxrothschild.com

*s/ Bryan J. Case*
_____
Bryan J. Case, WSBA #41781
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone: (206) 624-3600
Fax: (206) 389-1708
bcase@foxrothschild.com

*Attorneys for Defendants*

ORDER RE: FIRST STIPULATION EXTENDING DEADLINE TO FILE RESPONSIVE PLEADINGS
(CASE NO. 3:22-CV-05794-BHS) - 2
140512839.2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600