UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERIMIE DIXON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FIFE TT MG LLC and FIFE TT RTK LLC,<br><br>　　　　　　　Defendants. | CASE NO. C22-5794 BHS<br><br>ORDER |

This matter comes before the Court on its Order to Show Cause, Dkt. 9, and Plaintiff Jerimie Dixon's Response to that Order, Dkt. 10.

Magistrate Judge Theresa L. Fricke granted Dixon's motion to proceed *in forma pauperis* ("IFP"), Dkt. 1, on November 1, 2022. Dkt. 2. Dixon alleges Defendants violated the Americans with Disabilities Act by denying him equal access of patronizing a Taco Time restaurant in Fife, Washington. Dkt. 3. On November 29, 2022, the parties agreed to extend the time that Defendants had to respond to Dixon's pleadings to December 20, 2022. Dkts. 6, 7. It appears Dixon has yet to serve Defendants, and

ORDER - 1

Defendants have yet to respond to Dixon's complaint. Neither party has filed any motions.

This Court issued an initial order on November 10, 2022, ordering the parties to file a Joint Status Report by February 8, 2023. Dkt. 5. The parties did not file such a report. This Court ordered Dixon to show cause by March 3, 2023, why the case should not be dismissed for failure to prosecute. Dkt. 9. Dixon's March 3 Response asserted that the parties were "aggressively pursuing settlement" and that he anticipated they would reach a settlement within a week. Dkt. 10.

It has been a month since that filing, and the parties have yet to file anything else in this case. The parties are therefore **ORDERED** to submit a **JOINT STATUS REPORT** within 14 days, updating the Court on the status of service, Defendants' answer, their settlement efforts, and next steps in this case.

Dated this 3rd day of April, 2023.

BENJAMIN H. SETTLE
United States District Judge