Charles M. Greenberg
21612 Chinook Road
Woodway, WA 98020
Phone: 425-478-2787

**Attorney for Plaintiff Dixon**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | | |
|---|---|---|
| **JERIMIE DIXON,** an individual, | * | No. 3:22-cv-5794-BHS |
| | * | |
| PLAINTIFF, | * | |
| v. | * | **NOTICE OF VOLUNTARY DISMISSAL** |
| | * | |
| **FIFE TT MG LLC AND FIFE TT RTK LLC** | * | |
| | * | |
| DEFENDANTS. | | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action with prejudice.

DATED: April 14, 2023

/s/Charles M. Greenberg, WSBA # 17661

---
Notice of Voluntary Dismissal                                                                                      PAGE 1

        21612 Chinook Road
        Woodway, WA 98020
        Telephone: (425) 774-0138
        E-mail: cmg@Triadlawgroup.com

        **ATTORNEY FOR PLAINTIFF**